# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEXTER YOUNG

NO. 2022 KW 0102

**JUNE 24, 2022**

---

In Re:   Dexter Young, applying for supervisory writs, 18th
Judicial District Court, Parish of Iberville, No. 517-
18.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT